IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00617-RPM

JEREMIAH CLAY PRESTON,

        Plaintiff,

v.

MR. DEPUTY A. PAVLUSHKIN,
MR. DEPUTY T. CLEMONS,
SHERIFF DONALD KRUGER, Sheriff Clerk Creek County,
THE BOARD OF COUNTY COMMISSIONERS,

        Defendants.

## ORDER EXTENDING DEADLINE

The Court having considered defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment, filed on August 1, 2005, it is

ORDERED that defendants are granted an extension of time, to and including August 5, 2005, within which to file a motion for summary judgment.

Dated: August 2nd, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge