IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00617-RPM

JEREMIAH CLAY PRESTON,

        Plaintiff,

v.

DEPUTY A. PAVLUSHKIN,
DEPUTY T. CLEMONS,

        Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case should now be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 2, 2006, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted via E-mail by **April 27, 2006,** to **Matsch_Chambers@cod.uscourts.gov**.

Dated:   March 16th, 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge