IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00617-RPM-MJW

JEREMIAH CLAY PRESTON, INMATE #31362-013

    Plaintiff,

vs.

DEPUTY A. PAVLUSHKIN in his official and individual capacity,
DEPUTY T. CLEMONS in his official and individual capacity,
SHERIFF DONALD KRUGER in his official and individual capacity,
THE BOARD OF COUNTY COMMISSIONERS, in their individual and official capacities,

    Defendants.

---

### ORDER

THIS COURT, having read the STIPULATED MOTION TO DISMISS WITH PREJUDICE, hereby ORDERS:

The above-captioned matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

IT IS SO ORDERED on this the 11th day of July, 2006.

    RICHARD P. MATSCH
    JUDGE OF THE DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2006

GREGORY C. L...
    CL...